877 A.2d 1176

IN THE MATTER OF RONALD W. SPEVACK, AN ATTORNEY
AT LAW (ATTORNEY NO. 212711964).

May 24, 2005.

ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 04–437, concluding that **RONALD W. SPEVACK**
of **ISELIN**, who was admitted to the bar of this State in 1964,
should be admonished for violating *RPC* 1.4(b) (failure to explain
matter to client to the extent necessary to permit informed
decisions), and good cause appearing;

It is ORDERED that **RONALD W. SPEVACK** is hereby
admonished; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent reimburse the Disciplinary Over-
sight Committee for appropriate administrative costs incurred in
the prosecution of this matter.